713 A.2d 97

**Tracy Lyn STARR**

v.

**Ottavio C. VENEZIANO, Frank J. Zottola Construction, Inc. and Commonwealth of Pennsylvania, Department of Transportation, Respondents,**

v.

**RICHLAND TOWNSHIP, Petitioner.**

Supreme Court of Pennsylvania.

July 29, 1998.

### ORDER

PER CURIAM.

AND NOW, this 29th day of July, 1998, the Petition for Allowance of Appeal is GRANTED, as to the issue of:

Whether a local township can be held liable for an accident that occurs on a state highway because the local township

did not restrict access from a local road to the state highway?